# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-3054

_____

Jannie Robinson Tisdell

*Plaintiff - Appellant*

v.

Elizabeth Byrne Hogan, Presiding Judge; Joseph P. White, Assistant Presiding
Judge; Keisha N. Robinson

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: January 27, 2025
Filed: January 30, 2025
[Unpublished]

_____

Before LOKEN, KELLY, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Missouri resident Jannie Tisdell appeals following the district court's[1] dismissal of her civil rights action.  After careful consideration of the record and the arguments on appeal, we conclude that the district court properly dismissed the action for failure to state a claim.  See Vigeant v. Meek, 953 F.3d 1022, 1024 (8th Cir. 2020) (standard of review).  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

[1]The Honorable John A. Ross, United States District Judge for the Eastern District of Missouri.